JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email:  bundickj@gtlaw.com
            berriosj@gtlaw.com

*Counsel for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN AND WENDY PORZIO,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                    Defendant. | Case No.  2:25-cv-01097-GMN-NJK<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>[FIRST REQUEST] |

Defendant, JPMorgan Chase Bank, N.A. ("Chase") and Plaintiffs, John and Wendy Porzio ("John" and "Wendy," respectively, or, collectively, "Plaintiffs"), through counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs filed a Complaint against Chase on June 20, 2025.

2. Plaintiffs served the Complaint on a Chase branch on June 26, 2025.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Chase's deadline to respond to the Complaint is July 17, 2025.

4. Chase retained counsel on July 15, 2025. Chase's counsel requires additional time to review Plaintiffs' Complaint, the issues in dispute, and documents within Chase's files, to prepare an appropriate response to the Complaint.

5. Therefore, as a professional courtesy to Chase's counsel, the parties agree to a

ACTIVE 712975484v1

twenty-one (21) day extension for Chase to file its response to the Complaint, making the deadline to respond **August 7, 2025**.

6. This is the first request for an extension to file a response to the Complaint.

7. This request is made in good faith and not for the purpose of delay. Rather, the parties believe that the requested continuance will further the interests of efficiency and judicial economy as it will provide sufficient time to evaluate the Complaint and prepare an appropriate response.

THEREFORE, and for good cause shown, the parties respectfully request that the deadline for Chase to file a response to the Complaint be extended up to and including **August 7, 2025**.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 16th day of July, 2025. | DATED this 16th day of July, 2025. |
| **GREENBERG TRAURIG, LLP** | **BARTHEL LEGAL, APC** |
| */s/ Jerrell Berrios* | */s/ Nicholas Barthel* |
| JACOB D. BUNDICK, ESQ.<br>Nevada Bar No. 09772<br>JERRELL L. BERRIOS, ESQ.<br>Nevada Bar No. 15504<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135 | NICHOLAS BARTHEL, ESQ.<br>Nevada Bar No. 15386)<br>2173 Salk Avenue<br>Suite 250<br>Carlsbad, California 92008 |
| ***Counsel for JPMorgan Chase Bank, N.A.*** | ***Counsel for John and Wendy Porzio*** |

**IT IS SO ORDERED:**

~~UNITED STATES DISTRICT JUDGE /~~
UNITED STATES MAGISTRATE JUDGE

DATED: July 16, 2025

ACTIVE 712975484v1